IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 4:26-CR-00025-P |
| v. | |
| DOREEN SUMMERALL | |

### FACTUAL RESUME

In support of **Doreen Summerall**'s plea of guilty to the offense in Count One of the Information, Summerall, the defendant; Arnold Spencer, the defendant's attorney; and the United States of America (the government) stipulate and agree to the following:

### ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count One of the Information, charging a violation of 26 U.S.C. § 7206(1), that is, False Statements on Income Tax Return, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.* That the defendant signed an income tax return from Tax Year 2019 that contained a written declaration that it was made under penalty of perjury as charged in the Information;

*Second.* That in this return the defendant falsely stated $17,307.00 in reported taxable income from Tax Year 2019; and

*Third.* That the defendant knew that the statement was false;

*Fourth.* That the false statement was material; and

*Fifth.* That the defendant made the statement willfully, that is with intent to

---

[1] Fifth Circuit Pattern Jury Instruction 2.102A (5th Cir. 2018); *United States v. Jones,* 459 F. App'x 379, 384 (5th Cir. 2012); *United States v. Bishop,* 264 F.3d 535, 552 (5th Cir. 2001).

Factual Resume—Page 1

violate a known legal duty.

## STIPULATED FACTS

1. **Doreen Summerall** admits and agrees that on or about February 11, 2020, within the Northern District of Texas, Fort Worth Division, she willfully made and subscribed a United States Individual Tax Return, Form 1040, which was verified by a written declaration that it was made under penalties of perjury and filed with the Internal Revenue Service, which said income tax return **Doreen Summerall** did not believe to be true and correct as to every material matter in that **Doreen Summerall** falsely omitted approximately $446,438.60 in income taken from Company A, in violation of 26 U.S.C. § 7206(1).

2. **Dorreen Summerall**, a resident of Arlington, Texas, was hired by Company A in 2012 to process invoices.

3. Within a few months of working at Company A, **Summerall** began to take vendor checks and deposit them into her personal account.

4. **Summerall** subsequently altered internal records in Company A to create false invoices that she would process as if the checks were being sent out.

5. To facilitate the scheme, **Summerall** created false computer logins for first and second approvers for invoices in Company A's software.

6. By the time the embezzlement was discovered in July 2019, **Summerall** had stolen more than $3 million from Company A.

7. Between 2012 and 2019, **Doreen Summerall** caused to be prepared and signed (electronically or otherwise) false and fraudulent tax returns with the Internal

Revenue Service Forms 1040 that underreported **Doreen Summerall's** income by approximately $3.5 million in total.

8. The defendant agrees that the defendant committed all the essential elements of the offense(s). This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count One of the Information.

AGREED TO AND STIPULATED on this 18 day of February, 2026.

RYAN RAYBOULD
UNITED STATES ATTORNEY

DOREEN SUMMERALL
Defendant

IGNACIO PEREZ DE LA CRUZ
Special Assistant United States Attorney
Texas State Bar No. 24147766
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Tel: 214-659-8774
Fax: 214-659-8805
Email: Ignacio.Perez.de.la.Cruz@usdoj.gov

ARNOLD SPENCER
Attorney for Defendant